**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 11 2011

JAMES W. McCORMACK, CLERK
By: ＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DARREL HUFFMAN                                                                PLAINTIFF

VS.                         CASE NO.  3:11CV00082-DPM

SECURITAS USA                                                                 DEFENDANT

### ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 11th day of May, 2011.

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　Deputy Clerk