IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DARREL HUFFMAN                                                                    PLAINTIFF

v.                                          3:11-cv-82-DPM

SECURITAS USA                                                                     DEFENDANT

ORDER

Huffman's second motion for appointed counsel, *Document No. 17*, is granted in part. The Court finds it difficult to discern from the *pro se* complaint whether Huffman has a viable Title VII claim or not. The Court therefore appoints Kimberly B. Dale at Branch, Thompson, Warmath & Dale P.A., 414 West Court Street, Paragould, Arkansas 72450, for the limited purpose of meeting with Huffman, evaluating his claims, and considering whether to file an amended complaint clarifying the allegations and legal theories.

The Court appreciates Ms. Dale accepting this limited appointment. Amended complaint or motion to withdraw due by 15 September 2011. If no

amended complaint is filed, then as Huffman requests in the alternative, *Document No. 17, at 2,* the Court will dismiss his complaint without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>8 August 2011</u>