IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DARREL HUFFMAN**                                                                 **PLAINTIFF**

v.                                              **No. 3:11-cv-82-DPM**

**SECURITAS USA and SECURITAS**
**SECURITY SERVICES USA INC.**                                **DEFENDANTS**

ORDER

Huffman moves to dismiss his complaint against Securitas USA. Securitas does not oppose the motion. *Document No. 34.* Motion, *Document No. 33*, granted. Huffman's complaint is dismissed without prejudice. FED. R. CIV. P. 41(a)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 Dec. 2011