IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DARREL HUFFMAN                                                          PLAINTIFF

v.                          No. 3:11-cv-82-DPM

SECURITAS USA and SECURITAS
SECURITY SERVICES USA INC.                                          DEFENDANTS

JUDGMENT

Huffman's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 Dec. 2011